UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :      INDICTMENT
                                  :
        - v. -                    :      22 Cr.
                                  :
JAMIL HAKIME,                     :       **22 CRIM 699**
                                  :
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - - x

## COUNT ONE

**(Conspiracy to Transport a Firearm Interstate)**

The Grand Jury charges:

1.    In or about November 2022, in the Southern District of New York and elsewhere, JAMIL HAKIME, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, the unlawful interstate transport of a firearm, in violation of Title 18, United States Code, Section 922(a)(3).

2.    It was a part and an object of the conspiracy that JAMIL HAKIME, the defendant, and others known and unknown, not being licensed importers, licensed manufacturers, licensed dealers, or licensed collectors, would and did transport into and receive in the State where they reside a firearm purchased and otherwise obtained outside that State, in violation of Title 18, United States Code, Section 922(a)(3).

Overt Acts

3.    In furtherance of the conspiracy and to effect the illegal object thereof, JAMIL HAKIME, the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

a.    On or about November 18, 2022, HAKIME, a resident of New York State, drove two other residents of New York State ("CC-1" and "CC-2") from Manhattan, New York to Pennsylvania in order to obtain a firearm for CC-1 and CC-2.

b.    On or about November 18, 2022, HAKIME, CC-1, and CC-2 obtained a firearm in Pennsylvania and subsequently drove together with the firearm back from Pennsylvania to Manhattan.

(Title 18, United States Code, Section 371.)

**COUNT TWO**

**(Interstate Transport of a Firearm)**

The Grand Jury further charges:

4.    In or about November 2022, in the Southern District of New York and elsewhere, JAMIL HAKIME, the defendant, not being a licensed importer, licensed manufacturer, licensed dealer, or licensed collector of firearms, did willfully and knowingly transport into and receive in the State where he resides a firearm purchased and otherwise obtained by HAKIME outside that State, to wit, HAKIME, a resident of New York State, obtained a firearm in Pennsylvania to supply to CC-1 and CC-2 and transported the firearm

2

with CC-1 and CC-2 from Pennsylvania to Manhattan.

(Title 18, United States Code, Sections 922(a)(3), 924(a)(1)(D), and 2.)

## COUNT THREE

### (Felon in Possession of a Firearm or Ammunition)

The Grand Jury further charges:

5.    In or about November 2022, in the Southern District of New York and elsewhere, JAMIL HAKIME, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly and intentionally did possess a firearm and ammunition, to wit, a generation 5 Glock 17 handgun and 19 9mm Luger caliber bullets, and the firearm and ammunition were in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).)

### Forfeiture Allegation

6.    As a result of committing the offense alleged in Count Three of this Indictment, JAMIL HAKIME, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense, including but not limited to:

a.    the generation 5 Glock 17 handgun, Serial Number AFDF867, listed on New York City Police Department ("NYPD") voucher no. 1001582077;

3

b.   the  magazine  listed  on  NYPD  voucher  no. 1001582077; and

c.   the 19 9mm cartridges listed on NYPD voucher no. 1001582077.

### Substitute Assets Provision

7.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third person;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty;

4

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**JAMIL HAKIME,**

**Defendant.**

**INDICTMENT**

22 Cr.

(18 U.S.C. §§ 371, 922(a)(3),
922(g)(1), 924(a)(1)(D), 924(a)(8), and
2.)

DAMIAN WILLIAMS
United States Attorney

_____
Foreperson

12/20/22 - INDICTMENT FILED. CASE ASSIGNED TO JUDGE TORRES.
CF

GABRIEL W. GORENSTEIN
U. S. M. J