**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

## United States District Court

Southern _____ District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2024

Caption:

United States of America , v.

Jamil Hakime,    Defendant.

Docket No.: 22 Cr. 699

Honorable Analisa Torres

(District Court Judge)

Notice is hereby given that Jamil Hakime, the Defendant _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ✓ , other _____

entered in this action on 07/18/23 _____ .                                   (specify)

(date)

This appeal concerns: Conviction only |___| Sentence only |✓| Conviction & Sentence |___ Other |___

Defendant found guilty by plea | ✓ | trial |    | N/A |    .

Offense occurred after November 1, 1987? Yes |✓ | No |    N/A [

Date of sentence: 07/18/23 _____ N/A |___|

Bail/Jail Disposition. Committed |___ Not committed |    | N/A |✓

Appellant is represented by counsel? Yes ✓ | No |    | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Barry D. Leiwant, Esq. |
| Counsel's Address: | Federal Defenders of New York, Inc. |
| | 52 Duane Street, 10th Floor, New York, NY 10007 |
| Counsel's Phone: | (212) 417-8742 |
| Assistant U.S. Attorney: | Mitzi Steiner/ Sarah Kushner, Esqs. |
| AUSA's Address: | One Saint Andrews Place |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637- 2200 |

_Martin Cohen_

Signature